■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSEMARIE DeTOMA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Chetta, J.), rendered April 17, 1986.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.